# UNITED STATES BANKRUPTCY COURT

### District of Maryland, Greenbelt Division

In re    Elroy Reddock                                                   Case Number    1616878

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MTGLQ Investors, L.P. | Nationstar Mortgage LLC |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):    7-2 |
| | Amount of Claim:                         $276,264.08 |
| Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC  29603-0826 | Date Claim Filed:                         09/07/2016 |
| | Phone:            (877) 343-5602 |
| | Last Four Digits of Acct #:       4593 |
| Phone:       (800) 365-7107 | |
| Last Four Digits of Acct #:       1278 | |
| Name and Address where payments to transferee should be sent (if different from above): | |
| Shellpoint Mortgage Servicing | |
| Phone:       (800) 365-7107 | |
| Last Four Digits of Acct #:    1278 | |
| Same as above | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Carrie Dockter                                        Date:    03/08/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| Shellpoint Mortgage Servicing | Phone Number: (800) 365-7107 |
| PO BOX 10826 | Fax: (866) 467-1137 |
| Greenville, SC  29603-0826 | Email: mtgbk@shellpointmtg.com |

RE: Debtor 1     Elroy Reddock
      Debtor 2

Case No:    1616878

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 3/8/2017.

District of Maryland, Greenbelt Division
6500 Cherrywood Lane
Suite 300
Greenbelt, MD  20770


Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD  21401


Donald L Bell
6305 Ivy Lane
Suite 214
Greenbelt, MD  20770-




/s/ Carrie Dockter